## Imogene Whetstone, Plaintiff-Appellant, v. Kane County Title Company, Defendant-Appellee.

Gen. No. 10,509.

Imogene E. Whetstone, *pro se;* R. L. Kemler, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed September 14, 1951; rehearing denied December 13, 1951; released for publication December 13, 1951.